# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00219-CV

**N. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 18-1038, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant N.M. filed her notice of appeal on March 28, 2020. The appellate record was complete April 14, 2020, making appellant's brief due May 4, 2020. On May 4, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order James B. Peplinski to file appellant's brief no later than May 26, 2020. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 5, 2020.

Before Chief Justice Rose, Justices Baker and Triana